PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARPREET SINGH SANDHU,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>USCIS, ET AL.<br><br>　　　　　　　　Defendants. | CASE NO.  2:24-CV-01737-DJC-JPD<br><br>STIPULATION AND ORDER FOR TEMPORARY STAY |

　　　The Defendants respectfully request to stay this case through February 26, 2025, and counsel for Plaintiff does not oppose.  In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed adjudicating his pending asylum application, which he filed in August 2018.  USCIS has scheduled Plaintiff's asylum interview for October 29, 2024.  The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application, and USCIS will endeavor to do so within 120 days.  In the event USCIS cancels or reschedules the interview on Plaintiff's application, the agency will endeavor to reschedule the interview within four weeks of the original date.

/ / /

/ / /

1

The parties therefore stipulate that this matter be stayed through February 26, 2025. The parties further request that all other filing and case management deadlines be similarly vacated.

Respectfully submitted,

Dated: August 21, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ JESSICA T. ARENA
JESSICA T. ARENA
Counsel for Plaintiff

ORDER

IT IS SO ORDERED.

Dated: August 22, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE