MICHELE BECKWITH
Assistant United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| HARPREET SINGH SANDHU, | CASE NO. 2:24-CV-01737-DJC-JDP |
|---|---|
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF STAY |
| v. | |
| UR JADDOU, ET AL., | |
| Defendants. | |

    The Defendants respectfully request an extension of the stay in this matter, and counsel for Plaintiff does not oppose. This matter is currently stayed through February 26, 2025. In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on his pending asylum application, which he filed in 2018. USCIS has rescheduled Plaintiff's asylum interview for March 3, 2025. The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application, and USCIS anticipates it will do so within 120 days following the successful complete of Plaintiff's rescheduled interview. In the event USCIS cancels or reschedules the interview on Plaintiff's application, the agency will endeavor to reschedule the interview within four weeks of the original date.

///

1

The parties therefore stipulate that this matter be stayed through July 1, 2025.  The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated:  February 26, 2025    MICHELE BECKWITH
　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　By:  /s/ ELLIOT C. WONG
　　　　　　　　　　　　　　　　　ELLIOT C. WONG
　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated: February 26, 2025   By:  /s/ JESSICA T. ARENA
　　　　　　　　　　　　　　　　　Jessica T. Arena
　　　　　　　　　　　　　　　　　Counsel for Plaintiff

ORDER

IT IS SO ORDERED.

Dated:  February 26, 2025    /s/ Daniel J. Calabretta
　　　　　　　　　　　　　　　　　THE HONORABLE DANIEL J. CALABRETTA
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE